UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PHILIP HARRIS,

                    Plaintiff,                  **AFFIDAVIT OF SERVIVE**

  -against-                           07 CIV. 7027

ORANGE REGIONAL MEDICAL CENTER,

                    Defendant.
------------------------------------X

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF ORANGE )

      SANDRA B. NEILSON, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age, and reside at Newburgh, New York.

      2. On September 21, 2007, I served a true copy of the annexed Answer in the following manner:

      By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository for the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

TO:  CHRISTOPHER D. WATKINS, ESQ. (CW 2240)
     SUSSMAN & WATKINS
     Attorneys for Plaintiff
     40 Park Place - P.O. Box 1005
     Goshen, New York 10924
     Tel. No. (845) 294-3991


Sworn to before me this
21st day of September, 2007.

_____                 _____
Notary Public                                         SANDRA B. NEILSON

LORI J. O'BOY
Notary Public, State Of New York
Registration No. 01OB4892687
Qualified In Ulster County
Commission Expires May 4, 20__